UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

First Class Plumbing of Florida, Inc.,

    Plaintiff(s),

vs.

CASE NO: 2:23-CV-00635-SPC-KCD

Westchester Surplus Lines Insurance Company,

    Defendant(s),

_____/

### REPORT OF MEDIATOR

The undersigned, Robert A. Dulberg, Esq., Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: 04/24/2024. The results of the Mediation Conference are as follows:

- [x] All required parties were present *or*.
- [ ] The following required parties were not present: _____
- [ ] An agreement was reached.
- [x] A **confidential** settlement agreement was reached.
- [ ] No agreement was reached.
- [ ] The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.
- [ ] The parties have agreed to continue negotiating with the assistance of the mediator.
- [ ] If no further Report of Mediator is filed on or before _____, the Court shall presume that no agreement has been reached.
- [ ] Other: _____.

Respectfully Submitted:

*/s/ Robert A. Dulberg, Esq.*
Robert A. Dulberg, Esq.
Florida Bar Number: 146575
John W. Salmon, Esq.
Florida Bar Number: 271756
John@sd-adr.com, service@sd-adr.com
Salmon & Dulberg Dispute Resolution
1395 Brickell Avenue, Suite 800, Miami, Florida 33131
Telephone: (305) 371-5490

Copies furnished to: All Counsel of Record